1220

No. 95–1297. Pierce v. Iowa-Missouri Conference of Seventh-day Adventists. Sup. Ct. Iowa. Certiorari denied.

No. 95–1310. Israel Travel Advisory Service, Inc. v. Israel Identity Tours, Inc., et al. C. A. 7th Cir. Certiorari denied.

No. 95–1330. American Steamship Co. v. Cleveland Tankers, Inc., et al. C. A. 6th Cir. Certiorari denied.

No. 95–1341. Robinson v. United States. C. A. 11th Cir. Certiorari denied.

No. 95–1353. Fort Sumter Tours, Inc. v. Babbitt, Secretary of the Interior. C. A. 4th Cir. Certiorari denied.

No. 95–1359. Maryboy v. Utah State Tax Commission et al. Sup. Ct. Utah. Certiorari denied.

No. 95–1363. Mosier, Trustee v. Kroger Co. C. A. 9th Cir. Certiorari denied.

No. 95–1417. Kane et vir v. Magna Mixer Co. et al.; and No. 95–1610. Magna Mixer Co. et al. v. Kane et vir. C. A. 6th Cir. Certiorari denied. Reported below: 71 F. 3d 555.

No. 95–1420. Philip Morris Inc. v. Commissioner of Internal Revenue. C. A. 2d Cir. Certiorari denied.

No. 95–1448. Nernberg v. Ludmer. Super. Ct. Pa. Certiorari denied.

No. 95–1477. Schulte et al. v. Smith, Administrator of the Estate of Smith, Deceased. Sup. Ct. Ala. Certiorari denied.

No. 95–1517. Indiana Department of Correction v. Sampley et al. C. A. 7th Cir. Certiorari denied.

No. 95–1525. Foster, Sheriff, Newberry County, et al. v. Gilliam. C. A. 4th Cir. Certiorari denied.